THE PENNSYLVANIA RAILROAD COMPANY et al., appellants,

*v.*

THE NATIONAL DOCKS &c. RAILWAY COMPANY, respondent.

On appeal from an order advised by Vice-Chancellor Van Fleet, whose opinion is reported in *National Docks Railway Co. v. Pennsylvania R. R. Co., 7 Dick. Ch. Rep. 58.*

*Mr. James B. Vredenburgh* and *Mr. Joseph D. Bedle,* for the appellants.

*Mr. Charles L. Corbin* and *Mr. John R. Emery,* for the respondent.

PER CURIAM.

Order affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, ABBETT, DEPUE, DIXON, GARRISON, LIPPINCOTT, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, KRUEGER, SIMS, SMITH—14.

*For reversal*—None.